IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | |
|---|---|
| GWENDOLYN COCHRAN,           )<br>                              )<br>     Plaintiff,              )<br>                              )<br>v.                            )   CASE NO. CV422-190<br>                              )<br>JONATHAN JONES and EDWARD    )<br>JONES,                        )<br>                              )<br>     Defendants.             )<br>_____)<br>                              )<br>ALLSTATE PROPERTY & CASUALTY )<br>INSURANCE COMPANY,            )<br>                              )<br>     Cross claimant,         )<br>                              )<br>v.                            )<br>                              )<br>JONATHAN JONES and EDWARD    )<br>JONES,                        )<br>                              )<br>     Cross Defendants.       )<br>_____)| |

## O R D E R

Before the Court is Plaintiff Gwendolyn Cochran and alleged Uninsured Motorist Carrier Allstate Property and Casualty Insurance Company's Consent Agreement for Dismissal of Uninsured Motorist Insurance Carrier without Prejudice. (Doc. 12.) In the motion, the parties ask for dismissal of Allstate without prejudice upon certain specified terms and conditions as set forth in the motion, including that "Allstate shall be afforded the usual response period under the Georgia Civil Practice Act" to file

responses in the event Allstate is later re-served. (Id. at 2-3.) This case was removed to federal court on August 9, 2022. (Doc. 1.) Thus, the Federal Rules of Civil Procedure govern this case. The parties' motion (Doc. 12) is therefore **DENIED** with leave to refile.

SO ORDERED this 20th day of September 2022.

_____
WILLIAM T. MOORE, JR.
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA