IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | |
|---|---|
| GWENDOLYN COCHRAN,<br><br>    Plaintiff,<br><br>v.<br><br>JONATHAN JONES and EDWARD JONES,<br><br>    Defendants. | CASE NO. CV422-190 |
| ALLSTATE PROPERTY & CASUALTY INSURANCE COMPANY,<br><br>    Cross claimant,<br><br>v.<br><br>JONATHAN JONES and EDWARD JONES,<br><br>    Cross defendants. | |

## O R D E R

Before the Court is Plaintiff Gwendolyn Cochran and alleged Uninsured Motorist Carrier Allstate Property and Casualty Insurance Company's Amended Consent Agreement for Dismissal of Uninsured Motorist Insurance Carrier Without Prejudice.[1] (Doc. 15.) The parties inform the Court they have entered into a Consent Agreement for dismissal of Allstate from this action without

---

[1] Neither Defendant Jonathan Jones nor Defendant Edward Jones filed a response within fourteen days of service of the motion, so the Court considers the motion unopposed. S.D. Ga. L.R. 7.5.

prejudice and dismissal of Allstate's cross-claim without prejudice upon certain specified terms and conditions as set forth in the agreement pursuant to Yarbrough v. Dickinson, 183 Ga. App. 489, 359 S.E.2d 235 (1987). (Id. at 2-3.) The parties' request (Doc. 15) is **GRANTED**. Plaintiff's complaint against Allstate is **DISMISSED WITHOUT PREJUDICE** and Allstate's cross-claim against Defendants Jonathan Jones and Edwards Jones is **DISMISSED WITHOUT PREJUDICE** as expressly conditioned upon the terms and conditions set forth in the agreement. The Clerk of Court is **DIRECTED** to amend the case caption accordingly.

SO ORDERED this 6th day of October 2022.

_____
WILLIAM T. MOORE, JR.
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA